UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

ARTUR AYRAPETYAN,

A Fugitive from the Government of France.

No. 2:26-mj-03279

[Proposed] ORDER

Upon consideration of the request of the United States for the detention of fugitive ARTUR AYRAPETYAN ("AYRAPETYAN"), pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th

Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court assumes that such "special circumstances" exist.

2. Still, the Court finds no combination of conditions that will reasonably assure the appearance of the fugitive as required for extradition proceedings.

The fugitive is therefore ordered detained pending further extradition proceedings.

IT IS SO ORDERED.

June 25, 2026
DATE

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE